NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3212


LINDA J. OWENS,

Petitioner,

v.

DEPARTMENT OF TRANSPORTATION,

Respondent.


William W. Osborne, Jr., Osborne Law Offices, P.C., of Washington, DC, argued for petitioner. With him on the brief was Natalie C. Moffett.

Meredyth D. Cohen, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General, Jeanne E. Davidson, Director; and Todd M. Hughes, Deputy Director. Of counsel was Parisa Naraghi-Arani, United States Department of Transportation, Federal Aviation Administration, of Washington, DC.

Appealed from: Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3212

LINDA J. OWENS,

Petitioner,

v.

DEPARTMENT OF TRANSPORTATION,

Respondent.

# Judgment

ON APPEAL from the      Merit Systems Protection Board

in CASE NO(S).      DE0752050235-I-3

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

     Per Curiam (LINN, <u>Circuit Judge</u>, ARCHER, <u>Senior Circuit Judge</u>, and PROST, <u>Circuit Judge</u>).

AFFIRMED. <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED   <u>April 14, 2008</u>        <u>/s/ Jan Horbaly</u>
                                    Jan Horbaly, Clerk